# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 12, 2026

Before
DIANE S. SYKES, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-3127 | JACIEL CIRRUS ROJAS,<br>　　　　Petitioner - Appellant<br><br>v.<br><br>SAMUEL OLSON and SCOTT SMITH,<br>　　　　Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:25-cv-01437-BHL |
| Eastern District of Wisconsin |
| District Judge Brett H. Ludwig |

The following are before the court:

1. **PETITIONER-APPELLANT'S EMERGENCY MOTION FOR RELEASE FROM DETENTION PENDING APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 23(B)**, filed on December 9, 2025, by counsel for the appellant.

2. **NOTICE OF SUPPLEMENTAL AUTHORITY**, filed on December 12, 2025, by counsel for the appellant.

3. **NOTICE OF SUPPLEMENTAL AUTHORITY**, filed on December 18, 2025, by counsel for the appellant.

4. **RESPONDENT'S OPPOSITION TO EMERGENCY MOTION FOR RELEASE PENDING APPEAL**, filed on December 19, 2025, by counsel for the appellees.

5. **PETITIONER'S REPLY IN SUPPORT OF HIS EMERGENCY MOTION FOR RELEASE PENDING APPEAL**, filed on December 24, 2025, by counsel for the appellant.

6. **NOTICE OF UPDATES TO PETITIONER'S REMOVAL PROCEEDINGS**, filed on January 9, 2026, by counsel for the appellant.

**IT IS ORDERED** that the motion for release pending appeal is **DENIED.***

form name: **c7_Order_3J**　　(form ID: **177**)

---

* Judge Kolar respectfully dissents. He would grant the motion for release pending appeal.