# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 30, 2026

Before

DIANE S. SYKES, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-3127 | JACIEL CIRRUS ROJAS,<br>    Petitioner - Appellant<br><br>v.<br><br>SAMUEL OLSON, Field Office Director, Chicago Field Office, Immigration and Customs Enforcement, and SCOTT SMITH, Jail Administrator, Dodge County Jail,<br>    Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:25-cv-01437-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig |

The judgment of the District Court is **REVERSED**, with costs, and this case is **REMANDED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)